UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL GAMINO,<br><br>Plaintiff,<br><br>v.<br><br>TUCSON ARIZONA POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00794-TLN-JDP (PS)<br><br>ORDER |

Plaintiff, proceeding without counsel, filed this action against the Tucson Police Department and two of its officers, alleging that defendants violated his civil rights.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, plaintiff's claims arose in Arizona, and all of the defendants reside in that state. Thus, venue properly lies in the District of Arizona. For the convenience of the parties and

witnesses and in the interests of justice, this case will be transferred to the District of Arizona. *See* 28 U.S.C. § 1391(b);

    Accordingly, it is hereby ORDERED that this case is transferred to the United States District Court for the District of Arizona.

IT IS SO ORDERED.

Dated:   May 23, 2023                                  _____
                                                                         JEREMY D. PETERSON
                                                                         UNITED STATES MAGISTRATE JUDGE